## UNITED STATES BANKRUPTCY COURT
### Middle District of Alabama

In re  Case No. 12–32220
Chapter 13

Lue E. McCaskey

    Debtor

A *Petition for Relief under Chapter 13 of Title 11, U.S. Code*, filed by or against the above named Debtor on August 27, 2012.

### ORDER CONFIRMING PLAN

The debtor's plan was filed on August 27, 2012. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.

Done this 15th day of February, 2013.

/s/ Dwight H. Williams Jr.
United States Bankruptcy Judge